Decided September 27, 2006

### VINCENT JULIANO *v.* BERNADETTE JULIANO

### BERNADETTE JULIANO *v.* VINCENT JULIANO

The petition by Vincent Juliano for certification for appeal from the Appellate Court, 96 Conn. App. 381 (AC 26184), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard C. Marquette*, in support of the petition.

Decided September 27, 2006

### DAVID X. BOYD *v.* COMMISSIONER OF CORRECTION

The petitioner David X. Boyd's petition for certification for appeal from the Appellate Court, 96 Conn. App. 26 (AC 26263), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.